

# IN THE
# TENTH COURT OF APPEALS

No. 10-17-00333-CR
No. 10-17-00334-CR

TIO JACKSON,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 220th District Court
Hamilton County, Texas
Trial Court Nos. CR08282 and CR08283

# ORDER

Although a party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental clerk's record containing an omitted item, *see* TEX. R. APP. P. 34.5(c)(1), the State has filed a motion to supplement the record in each of these appeals with "twenty-one pages of documents on file with the district clerk in Cause No. CR08283 in the 220th District Court of Hamilton[] County, Texas." The State has attached to its motion a copy of the twenty-one pages to be supplemented.

In Appellate Court Cause No. 10-17-00333-CR (the appeal from Trial Court Cause No. CR08282), the State's motion to supplement the record is dismissed. According to the State's motion, the twenty-one pages of documents are not on file in Trial Court Cause No. CR08282; therefore, the pages cannot have been "omitted from the clerk's record" in Appellate Court Cause No. 10-17-00333-CR. *See* Tex. R. App. P. 34.5(c)(1).

In Appellate Court Cause No. 10-17-00334-CR (the appeal from Trial Court Cause No. CR08283), the State's motion to supplement the record is granted. Within seven (7) days of the date of this Order, the State is ordered to designate in writing for the trial court clerk the specific twenty-one pages with which it would like the appellate record to be supplemented. The State is further ordered to simultaneously notify this Court when it has completed this task. Within fourteen (14) days of the date of this Order, the trial court clerk is then directed to prepare, certify, and file in this Court a supplemental clerk's record containing the twenty-one pages of documents designated by the State.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed July 3, 2018

